

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

1812 Franklin Street, Bonham, Texas, et al.,
Appellants

No. 06-19-00065-CV          v.

The State of Texas, Appellee

Appeal from the 336th District Court of
Fannin County, Texas (Tr. Ct. No. CV-18-
43793).  Memorandum Opinion delivered
by Chief Justice Morriss, Justice Burgess
and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 27, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk